RECEIVED

JAN 1 6 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

CHRISTOPHER RELIFORD

VERSUS

WARDEN

DOCKET NO. 12-CV-1964; SEC. P

JUDGE JAMES T. TRIMBLE, Jr.

MAGISTRATE JUDGE KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

IT IS ORDERED that this petition for *habeas corpus* be DENIED AND DISMISSED WITH PREJUDICE because Petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. §2244(d), and he is not eligible for the benefits of either statutory or equitable tolling.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 15th day of _January_ , 2013.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE